**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-1605**

─────────────

PATRICIA ECKSTEIN WEBB,

Plaintiff - Appellant,

versus

JAMES B. HUNT, JR.; RUFUS L. EDMISTEN; REAGAN
HALE WEAVER,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-97-160-7-BR)

─────────────

Submitted: August 27, 1998      Decided: September 11, 1998

─────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Patricia Eckstein Webb, Appellant Pro Se. David Roy Blackwell, Assistant Attorney General, Raleigh, North Carolina; David Scott Wisz, Patricia Pursell Kerner, BAILEY & DIXON, Raleigh, North Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her civil action for failure to state a claim upon which relief may be granted. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Webb v. Hunt</u>, No. CA-97-160-7-BR (E.D.N.C. Mar. 17, 1998). We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>